```
Geoffrey M. Davis (CA Bar No. 214692)
geoff.davis@klgates.com
K&L Gates LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001


Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENIGMA SOFTWARE GROUP USA, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BLEEPING COMPUTER LLC and DOES 1-10,<br><br>　　　　　　Defendants. | Case No. 3:16-mc-80243-LB<br><br>Underlying Litigation:<br>Case No.: 1:16-cv-00057 (PAE)<br>United States District Court<br>Southern District of New York<br><br>Hearing Date: December 29, 2016<br>Hearing Time: 9:30 a.m.<br>Courtroom:    C - 15th Floor<br><br>**NOTICE OF HEARING ON MOTION TO TRANSFER OR COMPEL THE DISCOVERY RESPONSES OF MALWAREBYTES, INC.** |

<u>**NOTICE OF HEARING**</u>

TO ALL PARTIES, NONPARTY MALWAREBYTES, AND THEIR COUNSEL OF RECORD:

　　　PLEASE TAKE NOTICE that on December 29, 2016 at 9:30 a.m., or as soon thereafter as the matter may be heard by the Honorable Laurel Beeler in Courtroom C, 15th Floor of the above-captioned Court located at 450 Golden Gate Avenue, San Francisco, California, the Court will hear argument on Plaintiff Enigma Software Group USA, LLC's ("ESG") motion, filed on November 16, 2016, pursuant to Fed. R. Civ. P. 45 and N.D. Cal. Civ. R. 37:

　　　(1) Transferring this Motion to the United States District

Court for the Southern District of New York, where the underlying action is pending; or,

(2) Overruling nonparty Malwarebytes Inc.'s, formerly known as Malwarebytes Corporation ("Malwarebytes"), objections to ESG's Requests for Production Nos. 1-14 in the Subpoena to Produce Documents, Information, or Objects in a Civil Action, dated September 7, 2016 (the "Subpoena") and compelling Malwarebytes within seven days to produce all non-privileged documents responsive to the Subpoena and a privilege log of any documents Malwarebytes withholds from production.

Dated: November 22, 2016          Respectfully submitted by,

_____
Geoffrey M. Davis (CA Bar No. 214692)
geoff.davis@klgates.com
K&L GATES LLP

Attorney for Plaintiff