Marc J. Randazza, CA Bar No. 269535
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorney for Defendant,
Bleeping Computer LLC*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ENIGMA SOFTWARD GROUP USA, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> BLEEPING COMPUTER LLC, and DOES 1-10, <br><br> Defendants. | Case No. 3:16-mc-80243-LB <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

PLEASE TAKE NOTICE that Marc J. Randazza of Randazza Legal Group, PLLC, hereby enters his appearance in this action for Defendant BLEEPING COMPUTER, LLC, and requests that all pleadings and papers in this action be served upon the undersigned.

Dated: December 7, 2016.          Respectfully Submitted,

**RANDAZZA LEGAL GROUP, PLLC**

/s/ Marc J. Randazza
Marc J. Randazza, CA Bar No. 269535
4035 S. El Capitan Way
Las Vegas, NV 89147

*Attorney for Defendant,
Bleeping Computer, LLC*

Case No. 3:16-mc-80243-LB

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 7, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

_____
Employee,
Randazza Legal Group, PLLC

- 2 -
Notice of Appearance of Counsel
3:16-mc-80243-LB